PROB 12C
(6/16)

Report Date: August 13, 2018

# United States District Court

for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Benjamin James Brekke | Case Number: 0980 2:13CR00164-TOR-1 |
| Address of Offender: ▓▓▓▓▓▓▓▓▓▓ Spokane, Washington 99202 | |

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: May 21, 2014

| | | | |
|---|---|---|---|
| Original Offense: | Distribution of Child Pornography, 18 U.S.C. § 2252A(a)(2)(A) | | |
| Original Sentence: | Prison - 60 months;<br>TSR - Life | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Stephanie Joyce Lister | Date Supervision Commenced: | March 30, 2018 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: | N/A |

## PETITIONING THE COURT

**To issue a summons**.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 17**: Defendant shall be prohibited from possessing or manufacturing any material, including videos, magazines, photographs, computer-generated depictions, or any other forms that depict sexually explicit conduct involving children or adults, as defined at 18 U.S.C. § 2256(2). Neither shall defendant enter nor frequent any establishment involved in the sex industry, including but not limited to adult bookstores, massage parlors, and strip clubs.  Defendant shall not utilize any sex-related adult telephone numbers.  The supervising officer is authorized to monitor compliance in this area by obtaining relative records including but not limited to telephone, Internet, and credit cards. |
| | **Supporting Evidence**: On April 2, 2018, Mr. Benjamin Brekke signed his conditions relative to case number 2:13CR00164-TOR-1, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Brekke was made aware by his U.S. probation officer that he was required to refrain from any possession or manufacturing of pornographic material as defined in 18 U.S.C. § 2256(2). |
| | Mr. Brekke is alleged to have violated special condition number 17 by viewing pornography on his cellular device on August 10, 2018, based on his installed monitoring software and based on the client's admission of such conduct. |

Prob12C
**Re: Brekke, Benjamin James**
**August 13, 2018**
**Page 2**

Specifically, on August 10, 2018, the undersigned officer received a voice mail from the client in which he indicated his installed monitoring software had notified him of two incidents involving his viewing of inappropriate content. Mr. Brekke expressed concern and requested a return call from the undersigned officer.

Prior to contacting Mr. Brekke, the undersigned officer did review the client's Internet activity as reported using the installed monitoring software. Upon review, the undersigned officer did locate two websites, xxxlibz.com and b1.imgsrc.ru, that were both classified by the monitoring software as being "highly mature." The undersigned officer did review both websites and observed numerous instances of adult pornography, as well as numerous still images of what appeared to be minor-aged children in various states of undress. It should be noted, the still images of the alleged minor-aged children located were not of individuals engaged in sexual conduct, but rather still images of the individuals in various poses. It should also be noted, the undersigned officer cannot verify what was viewed on the websites by the client at this time and the images of minor-aged children would have required the client to search the website for additional content, an action the client denies taking.

Additionally of concern were numerous websites reported by the software as having been viewed by the client in some capacity on the date in question, to include www.simplepottytrainingtips.com, www.thebraggingmommy.com, www.babycenter.com, www.scarymommy.com, www.projectmomsanity.com, and numerous other parenting websites and blogs.

On August 10, 2018, the client did report to the U.S. Probation Office as directed and admitted to viewing two pornographic websites, although stated that doing so was in fact an accident. Mr. Brekke did admit to searching this date for images involving minor-aged children and stated he did locate, using Google images, a "young female" who had her breasts exposed, but he stated he did not intend to click on the image. Mr. Brekke admitted that upon clicking on the image, it did in fact take him to a pornographic website, which he then immediately closed. The client admitted to then continuing to search for images of minor-aged children and clicked on a clothed minor-aged child, which then took him to a second pornographic website, which he stated he then again immediately left. Mr. Brekke also admitted to viewing the website www.simplepottytrainingtips.com among others, indicating he thought he did actively search for images of minor-aged children for approximately 15 minutes, but reaffirmed at no time was it his intent to find pornography.

The U.S. Probation Office respectfully recommends the Court issue a **summons** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    August 13, 2018

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

Prob12C
**Re: Brekke, Benjamin James**
**August 13, 2018**
**Page 3**

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[✓] The Issuance of a Summons
[ ] Other

*Thomas O. Rice*

Thomas O. Rice,
Chief United States District Judge
August 19, 2018
Date